# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CLINTON W. TIGHE & LISA J. TIGHE                    Case Number: 06-72372
        P.O. BOX 336                    SSN-xxx-xx-1472 & xxx-xx-1597
        LEAF RIVER, IL  61047-0336

                                                        Case filed on:     12/14/2006
                                                        Plan Confirmed on:   3/5/2007
                            D Dismissed

Total funds received and disbursed pursuant to the plan: $21,651.45     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JEFFREY A BIVENS | 3,300.00 | 3,300.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,300.00 | 3,300.00 | 3,000.00 | 0.00 |
| 999 | CLINTON W. TIGHE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 15,215.30 | 15,215.00 | 6,309.56 | 3,175.49 |
| 002 | WELLS FARGO BANK | 8,680.14 | 8,680.14 | 7,404.73 | 357.48 |
| 003 | WELLS FARGO BANK NA | 87,528.73 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 111,424.17 | 23,895.14 | 13,714.29 | 3,532.97 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.30 | 0.00 | 0.00 |
| 004 | AMERICAN EDUCATION SERVICES | 24,000.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 584.63 | 584.63 | 0.00 | 0.00 |
| 006 | COTTONWOOD FINANCIAL | 1,202.73 | 1,202.73 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DOUBLEDAY BOOK CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HEIGHTS FINANCE | 2,010.60 | 2,010.60 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 435.71 | 435.71 | 0.00 | 0.00 |
| 011 | HUGHES NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 705.83 | 705.83 | 0.00 | 0.00 |
| 013 | NAVY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 315.33 | 315.33 | 0.00 | 0.00 |
| 015 | OSF HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ACCOUNT RECOVERY SERVICES | 183.00 | 183.00 | 0.00 | 0.00 |
| 018 | ROCKFORD CARDIOLOGY ASSOCIATES | 29.00 | 29.00 | 0.00 | 0.00 |
| 019 | CREDITORS PROTECTION SERVICE, INC | 8,286.77 | 8,286.77 | 0.00 | 0.00 |
| 020 | SALLIE MAE | 10,700.00 | 0.00 | 0.00 | 0.00 |
| 021 | SCHOLASTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CAPITAL ONE | 871.66 | 871.66 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 4,778.18 | 4,778.18 | 0.00 | 0.00 |
| 026 | CREDITORS BANKRUPTCY SERVICE | 282.79 | 282.79 | 0.00 | 0.00 |
| 027 | ATTORNEY TERRY HOSS & | 842.96 | 842.96 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 1,539.97 | 1,539.97 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 56,769.16 | 22,069.46 | 0.00 | 0.00 |
|  | Grand Total: | 171,493.33 | 49,264.60 | 16,714.29 | 3,532.97 |

Total Paid Claimant:       $20,247.26
Trustee Allowance:         $1,404.19         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:         0.00         discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008           By   /s/Heather M. Fagan